# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

Rehearing No. 623

153980-1(98)

_____

*In re* Estate of JAMES ERWIN, SR.

_____

BEATRICE KING, Individually and as Personal
Representative for the Estate of JAMES ERWIN,
SR.,
        Appellant,

v

JACQUELINE E. NASH, BILLY J. ERWIN,
DEMARKIUS ERWIN, MAGGIE ERWIN, and
STACY ERWIN OAKES,
        Appellees.

_____/

*In re* Estate of JAMES ERWIN, SR.

_____

BEATRICE KING,
        Appellant,

v

JACQUELINE E. NASH, BILLY J. ERWIN,
DEMARKIUS ERWIN, MAGGIE ERWIN,
STACY ERWIN OAKES, and DOUGLAS
TAYLOR,
        Appellees.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 153980
COA: 323387
Saginaw PC: 13-130558-DE

SC: 153981
COA: 329264
Saginaw PC: 13-130558-DE

On order of the Court, the motion for rehearing is considered, and it is GRANTED, in part. We add the following sentence to the last paragraph of the majority opinion issued on July 31, 2018: "We decline to address the remaining issues presented in the application for leave to appeal because we are not persuaded that they should be reviewed by this Court."



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018



Clerk

s0926